## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

TIFFANY HALL,

     Plaintiff,

v.                                CASE NO: 6:16-CV-01746-ACC-TBS

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

     Defendant.

_____/

### <u>NOTICE OF SETTLEMENT</u>

     Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff respectfully requests the Court grant the parties sixty (60) days to finalize and complete the terms of settlement.

                               RESPECTFULLY SUBMITTED,

Date: January 24, 2017           By:  */s/ Sharina T. Romano*
                                  Sharina T. Romano, Esq.
                                  FBN: 0065501
                                  HYSLIP & TAYLOR, LLC, LPA
                                  1100 W. Cermak Road, Ste. B410
                                  Chicago, Illinois 60608
                                  Direct: (904) 853-3050
                                  Fax:   (312) 361-3509
                                  sharina@fairdebt411.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2017, I electronically filed the foregoing Notice

through the court's CM/ECF system, and service will be provided via electronic mail to the

Defendant as follows:

Mark Case, Esq.
Director of Compliance & General Counsel
RECEIVABLES PERFORMANCE MANAGEMENT, LLC
20816 44th Avenue West
Lynnwood, WA 98036
mcase@receivablesperformance.com

*Counsel for Defendant*

/s/ Sharina T. Romano